Raymond J. BAZELL, Petitioner–
Appellant,

v.

The PEOPLE of the State of
California, Respondent–
Appellee.

No. 11–56294.

United States Court of Appeals,
Ninth Circuit.

Submitted June 18, 2013.*

Filed June 20, 2013.

Raymond J. Bazell, Reseda, CA, pro se.

Attorney General Ces, Esquire, AGCA–
Office of the California Attorney General,
Amy Field, Los Angeles City Attorney's
Office, Los Angeles, CA, for Respondent–
Appellee.

Before: TALLMAN, M. SMITH, and
HURWITZ, Circuit Judges.

MEMORANDUM **

Raymond J. Bazell appeals pro se from
the district court's judgment dismissing his
42 U.S.C. § 1983 action alleging various
constitutional violations in connection with
his trial for a violation of section 21453 of
the California Vehicle Code. We have ju-
risdiction under 28 U.S.C. § 1291. We
review de novo a dismissal under *Heck v.
Humphrey,* 512 U.S. 477, 114 S.Ct. 2364,

129 L.Ed.2d 383 (1994). *Whitaker v. Gar-
cetti,* 486 F.3d 572, 579 (9th Cir.2007). We
may affirm on any basis supported by the
record. *Johnson v. Riverside Healthcare
Sys., LP,* 534 F.3d 1116, 1121 (9th Cir.
2008). We affirm.

Dismissal of Bazell's § 1983 action was
proper because Bazell's claims against the
state of California are barred by the Elev-
enth Amendment. *See Pennhurst State
Sch. & Hosp. v. Halderman,* 465 U.S. 89,
100, 104 S.Ct. 900, 79 L.Ed.2d 67 (1984)
("It is clear ... that in the absence of
consent a suit in which the State or one of
its agencies or departments is named as
the defendant is proscribed by the Elev-
enth Amendment.").

Bazell's request for judgment, filed on
June 10, 2013, is denied as moot.

**AFFIRMED.**

---

* The panel unanimously concludes this case is
suitable for decision without oral argument.
*See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publi-
cation and is not precedent except as provid-
ed by 9th Cir. R. 36–3.

